**IT IS SO ORDERED.**

**Dated: 21 December, 2010 01:11 PM**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

BK1008400
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

IN RE:

Sheila Harris

          Debtor

Case No. 10-16582

Chapter 7
Judge Baxter

**ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT
10801 - 10803 TACOMA AVENUE, CLEVELAND, OH 44108**

     This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **22**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 10801 - 10803 Tacoma Avenue Cleveland, OH 44108.

###

SUBMITTED BY:

/s/ Edward J Boll
Edward J Boll, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0072982
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3202
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Edward J Boll, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Sheila Harris - Debtor
10801 Tacoma Avenue
Cleveland, OH 44108
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Christopher T. Julian, Esq. - Attorney for Debtor
4461 Broadview Road
Cleveland, OH 44109
cjulian.ji@yahoo.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Mary Ann Rabin - Trustee
55 Public Square
Suite 1510
Cleveland, OH 44113
trusteemail@rabinandrabin.com
VIA ELECTRONIC SERVICE